UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62216-Civ-SCOLA

CHRISTINE C. SMITH,

    Plaintiff,
vs.

BAKALAR & ASSOCIATES, P.A.,

    Defendant.
_____/

**ORDER GRANTING MOTION FOR LEAVE TO AMEND
AND DENYING MOTION TO DISMISS AS MOOT**

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File a Second Amended Class Action Complaint [ECF No. 21]. Plaintiff requests leave to amend. Because the deadline to amend the pleadings has not passed, leave should be freely given under Federal Rule of Civil Procedure 15(a). *See Smith v. Sch. Bd. of Orange Cnty.*, 487 F.3d 1361, 1366 (11th Cir. 2007). As such, the Court will allow Plaintiff to amend.

Because the Court is allowing Plaintiff to amend, the Defendants' Motion to Dismiss [ECF No. 13] must be denied, without prejudice, as moot. *See Taylor v. Alabama*, 275 F. App'x 836, 838 (Cir. 11th 2008) (noting that when "Plaintiffs amended their complaint," the "Defendants' motion to dismiss became moot").

Accordingly, for the reasons explained above, it is hereby **ORDERED and ADJUDGED** that the the Plaintiff's Motion for Leave to File a Second Amended Class Action Complaint [ECF No. 21] is **GRANTED**, and the Defendants' Motion to Dismiss [ECF No. 13] is **DENIED AS MOOT**. Per the Local Rule, Plaintiff shall separately file the Second Amended Complaint on the docket by **January 18, 2013**.

**DONE and ORDERED** in chambers, at Miami, Florida on January 11, 2013.

_____
**ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*